

U.S. DISTRICT COURT
CLERK

**IN THE UNITED STATES DISTRICT COURT**

02 DEC 23 AM 10: 10 **FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED-EDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) | |
| COMMISSION, ) | **Civ. Action No.** **02C 9315** |
| ) | |
| *DOCKETED* Plaintiff, ) | |
| v. *DEC 2 4 2002* ) | **C O M P L A I N T** |
| ) | |
| AMERICAN EAGLE AIRLINES, INC., ) | **JURY TRIAL DEMAND** |
| ) | |
| Defendant. ) | JUDGE AMY ST. EVE |
| _____ ) | |

## NATURE OF THE ACTION    MAGISTRATE JUDGE MASON

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42

U.S.C. § 2000e et seq. ("Title VII") and Title I of the Civil Rights Act of 1991 to correct

unlawful employment practices on the basis of race and to provide appropriate relief to

Calvin Lewis, and a class of African-American ramp supervisors who were adversely

affected by such practices.  Plaintiff, Equal Employment Opportunity Commission

("EEOC"), alleges that American Eagle Airlines, Inc. ("Defendant") violated Title VII by

paying African-American ramp supervisors at O'Hare Airport less than non-African-

American ramp supervisors.

## JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337,

1343, and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and

(3) and 707(a) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3) and § 2000e-6(a) ; and § 102

of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

|—|

2.     The employment practices hereafter alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. Section 2000e-5(f)(1) and (3).

4.     At all times relevant, Defendant, has continuously been a corporation doing business in the Northern District of Illinois and has continuously had at least fifteen employees.

5.     At all times relevant, Defendant, has  continuously been and is now an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. Sections 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.     More than 30 days prior to the institution of this lawsuit, Calvin Lewis filed a charge of discrimination with the EEOC, alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.     From February 1, 2000 through the present Defendant  engaged in unlawful employment practices, in violation of Sections 703(a)  and 707(a) of Title VII, 42 U.S.C. Sections 2000e- 2(a) and 2000e- 6(a)  by  paying African-American ramp supervisors at

O'Hare Airport less pay than non-African-American ramp supervisors.

8. The effect of the practices complained of above has been to deprive Calvin Lewis and other ramp supervisors at O'Hare Airport of equal employment opportunities because of their race, African-American.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were in reckless disregard of the rights of employees under Title VII of the Civil Rights Act of 1964.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with Defendant, from engaging in any employment practice which discriminates because of race against ramp supervisors.

B. Order Defendant to institute and carry out policies, practices and programs which eradicate the effects of its past and present unlawful practices.

C. Order Defendant to make whole Calvin Lewis and a class of African American ramp supervisors at O'Hare Airport by providing appropriate compensation for pay discrimination with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to raising the pay levels of members of the class.

**4**

C.      Order Defendant to pay compensatory and puntive damages to Calvin Lewis

and a class of African American ramp supervisors at O'Hare Airport;

D.      Grant such further relief as the Court deems necessary and proper in the public

interest; and

E.      Award the Commission its costs in this action.

5

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,
NICHOLAS M. INZEO
Acting Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

John C. Hendrickson
Regional Attorney

Gregory Gochanour
Supervisory Attorney

Gordon Waldron
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
Chicago District Office
500 West Madison Street
Suite 2800
Chicago, Illinois  60661
(312) 353-7525

D:\Myfiles\AmericanEagle\Complaint.wpd



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# <u>Civil Cover Sheet</u>

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

Plaintiff(s):  U.S. Equal Employment **DOCKETED** Defendant(s):American Eagle Airlines, Inc.
Opportunity Commission **DEC 2 4 2002**

County of Residence:                                                County of Residence: Cook

Plaintiff's Atty:    Gordon G. Waldron                Defendant's Atty:
                     U.S. Equal Employment                **02C 9315**
                     Opportunity Commission
                     500 W. Madison Street, Suite
                     2800, Chicago, Illinois 60661
                     (312) 353-7525                          **JUDGE AMY ST. EVE**

                                                    **MAGISTRATE JUDGE MASON**

II. Basis of Jurisdiction:          **1. U.S. Gov't Plaintiff**

III. Citizenship of Principal
Parties (Diversity Cases Only)
                     Plaintiff:- **N/A**
                     Defendant:- **N/A**

IV. Origin :                        **1. Original Proceeding**

V. Nature of Suit:                  **442 Employment**

VI.Cause of Action:                 **Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.**
                                    **§2000 et seq. ("Title VII"), and Title I of the Civil Rights Act of**
                                    **1991, 42 U.S.C. §1981a, to correct unlawful employment practices**
                                    **on the basis of race.**

VII. Requested in Complaint
                     Class Action:
                     Dollar Demand:
                     Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

FILED-EDS
02 DEC 23 AM 10: 09
CLERK
U.S. DISTRICT COURT

Signature:       _Gordon Waldron 12/23/02_

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Eastern Division

In the Matter of

U.S. Equal Employment Opportunity Commission,
Plaintiff,

v.

American Eagle Airlines, Inc.,
Defendant

**DOCKETED DEC 2 4 2002**

**02C 9315**

**JUDGE AMY ST. EVE**

**MAGISTRATE JUDGE MASON**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S)

U.S. Equal Employment Opportunity Commission, Plaintiff

| (A) | (B) |
|---|---|
| SIGNATURE *Gordon G. Waldron* | SIGNATURE |
| NAME Gordon G. Waldron | NAME Gregory M. Gochanour |
| FIRM Equal Employment Opportunity Commission | FIRM Equal Employment Opportunity Commission |
| STREET ADDRESS 500 W. Madison St., Suite 2800 | STREET ADDRESS 500 W. Madison St., Suite 2800 |
| CITY/STATE/ZIP Chicago, Illinois 60661 | CITY/STATE/ZIP Chicago, Illinois 60661 |
| TELEPHONE NUMBER (312) 353-7525 | TELEPHONE NUMBER (312) 886-9124 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) ARDC No. 02920646 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) ARDC No. 06210804 |
| MEMBER OF TRIAL BAR? YES [✔] NO [ ] | MEMBER OF TRIAL BAR? YES [✔] NO [ ] |
| TRIAL ATTORNEY? YES [✔] NO [ ] | TRIAL ATTORNEY? YES [✔] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE John C. Hendrickson/ajms | SIGNATURE |
| NAME John C. Hendrickson | NAME |
| FIRM Equal Employment Opportunity Commission | FIRM |
| STREET ADDRESS 500 W. Madison St., Suite 2800 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60661 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 353-8551 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) ARDC No. 01187589 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES [✔] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [✔] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

FILED-ED5 02 DEC 23 AH 10:09 CLERK U.S. DISTRICT COURT